```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA,            :
                                     :
              -v-                    :    18cr749 (DLC)
                                     :
WYKEE JOHNSON,                       :
                                     :    ORDER
                      Defendant.     :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

On November 24, 2021, the Court received a letter from Wykee Johnson requesting an update on the status of his motion for compassionate release. This Court received Johnson's motion for compassionate release on February 17, 2021, and in an Order of February 22, the motion for compassionate release was denied. The Order instructed the Clerk of Court to mail a copy to Johnson at his Bureau of Prisons address, and the docket notes that a copy of the Order was mailed to Johnson on February 22. The copy of the Order mailed by the Clerk of Court, however, was returned to its sender and received by the Clerk of Court on March 24. Accordingly, it is hereby

ORDERED that, for the reasons set forth in this Court's Order of February 22, Johnson's motion for compassionate release is denied.

IT IS FURTHER ORDERED that this Chambers shall mail a copy of this Order, as well as the Court's February 22 Order, to Johnson at the following address:

> Wykee Johnson #65613-054
> USP Canaan
> P.O. Box 300
> Waymart, PA 18472

SO ORDERED:

Dated:  New York, New York
        November 29, 2021

_____
DENISE COTE
United States District Judge