AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)           Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the

Southern District of New York

| | |
|---|---|
| United States of America<br>v.<br>WYKEE JOHNSON | )<br>)<br>)<br>) Case No:  18-CR-00749-04(DLC)<br>) USM No: 65613-054 |

Date of Original Judgment:          03/22/2019
Date of Previous Amended Judgment:  _____
*(Use Date of Last Amended Judgment if Any)*

Mark S. DeMarco          AUSA: Frank J. Balsamello
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
    ☑DENIED.    ☐GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated     03/22/2019     shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  _____7/15/24_____

Effective Date:  _____
    *(if different from order date)*

_____
*Judge's signature*

Denise Cote, U.S. District Judge
*Printed name and title*