UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>WYKEE JOHNSON,<br><br>Defendant. | : | 18cr749-4(DLC)<br><br>ORDER |

DENISE COTE, District Judge:

As set forth on the record at the conference held on October 15, 2026, it is hereby

ORDERED that the defendant's supervised release is modified as follows. You will be subject to location monitoring and subject to a curfew. You are restricted to your residence every day from 8:00 PM to 6:00 AM, or as directed by the supervising officer. The specific technology will be determined by the U.S. Probation Office. You must abide by all technology requirements and must pay all or part of the costs of participation in the location monitoring program as directed by the Court and the Probation Office.

Dated: New York, New York
October 15, 2026

DENISE COTE
United States District Judge